UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KACY DUANE LLOYD, | ) | CASE NO. CV 11-3321-PJW |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| TERI GONZALEZ, WARDEN, | ) | |
| Respondent. | ) | |

     In accordance with the Memorandum Opinion and Order filed herewith,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

     DATED: January 10, 2012

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\LLOYD, K 3321\Judgment.wpd